STEPHEN E. RONK (SBN: 164333)
sronk@grsm.com
LINH T. HUA (SBN: 247419)
lhua@grsm.com
NADEJDA SOKOLOVA (SBN: 317011)
nsokolova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
G4S SECURE SOLUTIONS (USA), INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI KATY XIONG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>G4S SECURE SOLUTIONS (USA) INC., a corporation;<br><br>Defendant. | CASE NO. 2:19-cv-00508-JAM-EFB<br><br>Judge: John A. Mendez<br>Courtroom: 6<br><br>Complaint filed: 3/22/2019<br>Trial Date: None Set<br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant G4S SECURE SOLUTIONS (USA), INC., hereby makes the following amended corporate disclosure statement:

///
///
///
///
///
///

G4S SECURE SOLUTIONS (USA), INC. is a wholly-owned subsidiary of G4S HOLDING ONE INC., which is a wholly-owned subsidiary of G4S US HOLDINGS LIMITED, which is a wholly-owned subsidiary of G4S CORPORATE SERVICES LIMITED, which is a wholly owned subsidiary of G4S plc, a British multinational security services company. G4S plc is publicly traded on Nasdaq.

Dated: April 19, 2019

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Nadejda Sokolova
Stephen E. Ronk
Linh T. Hua
Nadejda Sokolova
Attorneys for Defendant
G4S SECURE SOLUTIONS (USA), INC.